**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:12-cv-04820-CMR |
| | : | |
| JOHN DOES 1-6, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 5 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 5 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe 5 was assigned the IP Address 71.224.128.135. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 5 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: December_____, 2012

Respectfully submitted,

By: ____/s/ *Christopher P. Fiore*_____
Christopher P. Fiore
cfiore@fiorebarber.com
Attorneys At Law
425 Main Street, Suite 200
Harleysville, PA 19438
Phone: 215-256-0205
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December ____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Christopher P. Fiore*
Christopher P. Fiore